IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPI
EASTERN DIVISION

WALLACE E. OWENS                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:18-cv-180-KS-MTP

COVINGTON COUNTY SHERIFF DEPARTMENT, ET AL                DEFENDANTS

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [2] for Leave to Proceed In Forma Pauperis filed by Wallace E. Owens and Report and Recommendations [3] of United States Magistrate Judge Michael T. Parker. The Court notes that the filing fee has been paid and this Motion is MOOT and should be DISMISSED AS MOOT.

SO ORDERED this the ___21st___ day of November, 2018.

                                            ___s/Keith Starrett_____
                                            UNITED STATES DISTRICT JUDGE