IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WALLACE OWENS**                                                           **PLAINTIFF**

v.                             **CIVIL ACTION NO. 2:18-CV-180-KS-MTP**

**COVINGTON COUNTY SHERIFF'S
DEPARTMENT,** *et al.*                                                    **DEFENDANTS**

## FINAL JUDGMENT

For the reasons provided in an opinion entered on this day, the Court enters this Final Judgment dismissing Plaintiff's claims against Defendants. This case is closed.

SO ORDERED AND ADJUDGED this 20th day of March, 2019.

                                                      /s/   Keith Starrett
                                                              KEITH STARRETT
                                       UNITED STATES DISTRICT JUDGE